FILED
AUG 09 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Regina Morro, )
)
    Plaintiff, )
)
v. ) Civil Action No. 19-2366 (UNA)
)
SEC Finra International Investors, )
)
    Defendant. )
)

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). It also assists a court in determining whether it has jurisdiction over the subject matter.

Plaintiff is a resident of Anderson, South Carolina. The complaint, captioned "Whistleblowing," consists of a rambling narrative of random events. It contains no discernible allegations against the named defendant nor requests any relief. Most importantly, the basis of federal court jurisdiction is wholly unclear. Therefore, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: August 8, 2019

_____
United States District Judge